UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No. 18-cv-02830 (JPO)<br><br><u>CLASS ACTION</u> |

**STIPULATION AND ORDER REGARDING SERVICE AND TIME TO RESPOND TO
<u>THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT</u>**

Plaintiffs Oklahoma Firefighters Pension Retirement System, Electrical Workers Pension Fund Local 103, I.B.E.W., Manhattan and Bronx Surface Transit Operating Authority Pension Plan, Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, Boston Retirement System, Southeastern Pennsylvania Transportation Authority Pension Plan, Government Employees Retirement System of the Virgin Islands, and United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund (collectively "Plaintiffs"), and defendant J.P. Morgan Securities plc by and through their respective undersigned counsel, subject to this Court's approval and to the reservation of rights contained below, agree and stipulate as follows:

WHEREAS, on July 18, 2018, Plaintiffs filed a Consolidated Amended Class Action Complaint ("CACAC");

WHEREAS, on July 20, 2018, the Court issued a Summons directed to, among others, J.P. Morgan Securities plc, and Plaintiffs have subsequently commenced efforts to effect service of process upon certain of those defendants;

WHEREAS, J.P. Morgan Securities plc has agreed to accept service of the Summons and CACAC subject to the terms and conditions of the stipulation, as set forth below; and

WHEREAS, Plaintiffs and J.P. Morgan Securities plc have agreed to the below schedule for it to respond to the CACAC.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1.  Subject to the provisions set forth in paragraph 3 below and the reservation of rights contained in paragraph 4 below, J.P. Morgan Securities plc agrees to accept service of the Summons and Complaint.

2.      The time for the J.P. Morgan Securities plc to move against, answer, or otherwise respond to the Complaint is extended to and includes September 17, 2018. If J.P. Morgan Securities plc moves to dismiss the Complaint, Plaintiffs shall respond on or before November 16, 2018. Defendants may file replies on their motion(s) on or before December 20, 2018.

3.      Discovery is stayed pending the resolution of J.P. Morgan Securities plc's forthcoming motion(s) to dismiss; except that if J.P. Morgan Securities plc moves to dismiss the Complaint on the ground that this Court lacks personal jurisdiction as to it pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs may seek leave of Court to conduct jurisdictional discovery with respect to that J.P. Morgan Securities plc and additional time to file their opposition(s) to the Rule 12(b)(2) motion(s) to dismiss in order to conduct such discovery. J.P. Morgan Securities plc reserves the right to oppose any motion by Plaintiffs seeking leave of Court to conduct jurisdictional discovery.

4.      Except as to the defense of insufficiency of service of process, no defense of J.P. Morgan Securities plc, including without limitation defenses based upon lack of personal or subject matter jurisdiction, lack of standing, improper venue or a defendant having been improperly named, is prejudiced or waived by the execution of, agreement to or filing of this stipulation, or by the agreement to accept service of the Summons and Complaint.

5.      This stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile or .pdf form, each of which shall be deemed an original. This stipulation, once fully executed, may be submitted to the Court without further notice to any party.

Dated: New York, New York
September 12, 2018

| | |
|---|---|
| /s/ Vincent Briganti | |
| Vincent Briganti | Robert Wick |
| Christian Levis | Henry Liu |
| Roland R. St. Louis, III | COVINGTON & BURLING LLP |
| 44 South Broadway | One CityCenter |
| White Plains, NY 10601 | 850 Tenth Street, N.W. |
| Tel.: (914) 997-0500 | Washington, District of Columbia 20001 |
| Fax: (914) 997-0035 | Telephone: (202) 662-6000 |
| Email: vbriganti@lowey.com | Fax: (202) 662-6291 |
|     clevis@lowey.com | rwick@cov.com |
|     rstlouis@lowey.com | hliu@cov.com |
| | |
| *Interim Lead Counsel for Plaintiffs* | *Attorneys for defendant J.P. Morgan Securities plc* |

Dated: New York, New York
       September __, 2018

| | |
|---|---|
| *(signature line)* | */s/ Henry Liu* |
| Vincent Briganti | Robert Wick |
| Christian Levis | Henry Liu |
| Roland R. St. Louis, III | COVINGTON & BURLING LLP |
| 44 South Broadway | One CityCenter |
| White Plains, NY 10601 | 850 Tenth Street, N.W. |
| Tel.: (914) 997-0500 | Washington, District of Columbia 20001 |
| Fax: (914) 997-0035 | Telephone: (202) 662-6000 |
| Email: vbriganti@lowey.com | Fax: (202) 662-6291 |
| clevis@lowey.com | rwick@cov.com |
| rstlouis@lowey.com | hliu@cov.com |
| | |
| *Interim Lead Counsel for Plaintiffs* | *Attorneys for defendant J.P. Morgan Securities plc* |

**SO ORDERED:**

Dated: New York, New York
       September 12, 2018

_____
J. PAUL OETKEN
United States District Judge